# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY A. DAMON,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:19-1126** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **SECURITY SOLUTIONS,** : | |
| : | |
| **Defendant** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Mehalchick, **(Doc. 14)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** The plaintiff's second amended complaint, **(Doc. 11)**, is **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. §1915(e)(2)(B);

**(3)** The plaintiff is **DENIED** leave to file a third amended complaint based on futility; and

**(4)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 12, 2020**
19-1126-01-ORDER